## EX PARTE M. J. O'BRIEN.

No. 7423. Decided March 22, 1939.
(126 S. W., 2d Series, 3.)

MR. JUSTICE CRITZ delivered the opinion of the Court.

This is an original habeas corpus proceeding. It is a companion case to Ex parte Henry, No. 7422, this day decided by this Court. (This volume, p. 575; 126 S. W. (2d) 1) The facts involved in this case are, in law, the same as the facts involved in the Henry case. The law questions involved in the two cases are also the same. The relator here is enlarged for the reasons set forth in our opinion in the Henry case.

Opinion delivered March 22, 1939.

## EX PARTE J. L. MCAFEE.

No. 7424. Decided March 22, 1939.
(126 S. W., 2d Series, 3.)

MR. JUSTICE CRITZ delivered the opinion of the Court.

This is an original habeas corpus proceeding. It is a companion case to Ex parte Henry, No. 7422, this day decided by the Court. (This volume, p. 575, 126 S. W. (2d) 1) The facts involved in this case are, in law, the same as the facts involved in the Henry case. The law questions involved in the two cases are also the same. The relator here is enlarged for the reasons set forth in our opinion in the Henry case.

Opinion delivered March 22, 1939.